# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:10CR170 |
| PLAINTIFF, | : | JUDGE WALTER HERBERT RICE |
| v. | : | |
| CHASMIND MILLER, | : | |
| DEFENDANT. | : | |

## ORDER FOR DESTRUCTION OF EVIDENCE

Good cause having been shown, it is hereby **ORDERED** that the Motion For Destruction of Evidence filed on February15, 2012 (Doc. 18) is granted, and the following evidence shall be destroyed:

- Two (2) black handled halksaws;
- One (1) pair of black and red Mechanix brand work gloves; and
- Two (2) rubber insulated copper devices, one with unidentified attachment.

Dated: 2-16-12

SO ORDERED:

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE